## United States District Court
## District Of Maryland

<div style="display: flex; justify-content: space-between;">

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

</div>

May 15, 2020

LETTER TO COUNSEL

      Re:    *Amador, et al. v. Mnuchin, et al.*
               Civil No.:  ELH-20-1102

Dear Counsel:

      This will confirm the substance of our discussions during the telephone conference held on May 15, 2020.

      The United States shall submit a letter setting forth its grounds for dismissal, due by the close of business on **May 29, 2020.**  Plaintiffs shall submit their response by the close of business on **June 5, 2020.**  The government may respond by the close of business on **June 12, 2020.**

      The initial submissions of plaintiffs and the government shall not exceed ten pages, double spaced, with font no smaller than 12.  The government's response shall not exceed four pages, double spaced.

      To the extent the Court resolves any issues raised by the parties in their respective submissions, without further briefing, the issues shall be deemed preserved for appeal, as if they had been raised in a Rule 12(b) motion to dismiss.

      Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                      Sincerely,

                                                     /s/
                                             Ellen Lipton Hollander
                                           United States District Judge