Michael M. Hethmon
D. Md. Bar No. 15719
Immigration Reform Law Institute
25 Massachusetts Ave. NW, Suite 335
Washington, DC 20001
Tel: 202-232-5590
Email: mhethmon@irli.org

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## GREENBELT DIVISION

| | |
|---|---|
| IVANIA AMADOR, et al., | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 1:20-cv-01102-ELH |
| STEVEN MNUCHIN, sued in his official capacity as U.S. Secretary of the Treasury; et al., | * |
| Defendants. | * |

* * * * * * * * * * * * * * * * * * * * * * * * *

### [PROPOSED] ORDER   ELH
### GRANTING LEAVE TO FILE AMICUS CURIAE LETTER BRIEF IN SUPPORT OF DEFENDANTS AND DISMISSAL OF AMENDED COMPLAINT

The Court has reviewed the motion of amicus party Federation for American Immigration Reform for leave to file an amicus curiae letter brief. Docket No. 34. Upon consideration of that motion, the Court grants leave to file the letter brief attached as an exhibit to the motion.

IT IS SO ORDERED.

_Ellen L. Hollander_
Judge Ellen L. Hollander, U.S. District Court

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2020, I electronically filed a copy of the foregoing Proposed Order (Exhibit No. 2 to Docket No. 34, Motion for Leave to file a Brief *Amicus Curiae*, with Attached Letter Brief), using the CM/ECF System for the United States District Court for the District of Maryland, which will send notification of that filing to all counsel of record in this litigation.

/s/ Michael M. Hethmon
Michael M. Hethmon
Attorney for *Amicus Curiae*
Federation for American Immigration Reform