# United States District Court
## District Of Maryland

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

October 1, 2020

MEMORANDUM TO COUNSEL

    Re:    *Ivania Amador et al., v. Steven Mnuchin et al.*,
              Civil Action No. ELH-20-1102

Dear Counsel:

       The Editorial Staff at West Publishing advised me that it has selected the Court's Memorandum Opinion of August 5, 2020 (ECF 43) for publication in the Federal Supplement.

       In the course of reviewing the Memorandum Opinion for purposes of print publication, I have made a handful of non-substantive, typographical corrections. The revised version will be docketed.

       I reiterate that the substance of the Memorandum Opinion has not been altered. The Order (ECF 44), issued on August 5, 2020, is unchanged.

                                     Very truly yours,

                                       /s/

                                   Ellen Lipton Hollander
                                   United States District Judge