**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

February 4, 2022

MEMORANDUM TO COUNSEL

      Re:    *Rueda v. Yellen.*,
              Civil Action No. ELH-20-1102

Dear Counsel:

      As you know, Juana Rueda, the remaining plaintiff in this case, filed a Second Amended Complaint on April 1, 2021 (ECF 66), and defendants have moved to dismiss. ECF 73.

      It would be helpful for the Court to know whether there have been decisions from other courts addressing the circumstances presented in the Second Amended Complaint. Accordingly, by **Thursday, February 10, 2022**, I ask counsel to inform the Court of any decisions in comparable cases of which you are aware.

      Despite the informal nature of this Memorandum, it is an Order of the Court, and the Clerk is directed to docket it as such.

      Very truly yours,

           /s/

      Ellen Lipton Hollander
      United States District Judge